IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STERLING J. LAFFERTY | : | CIVIL ACTION |
| | : | No. 14-5690 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | |

**ORDER**

AND NOW, this 12th day of January, 2016, upon consideration of plaintiff Sterling J. Lafferty's brief and statement of issues in support of request for review (Dkt. No. 9), defendant's response (Dkt. No. 14), plaintiff's reply (Dkt. No. 16), the Report and Recommendation of Magistrate Judge Henry S. Perkin (Dkt. No. 17), defendant's objection to the Report and Recommendation (Dkt. No. 18), plaintiff's response to defendant's objection (Dkt. No. 20) and the administrative record (Dkt. No. 5) and for the reasons set forth in the accompanying memorandum it is ORDERED that:

1. The Report and Recommendation is APPROVED as modified by the accompanying memorandum and ADOPTED;

2. Defendant's objection is OVERRULED;

3. Plaintiff's request for review is GRANTED IN PART and the matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further review in accordance with the accompanying memorandum of law; and

4. In all other respects, Plaintiff's request for relief is DENIED.

                                                                 *s/Thomas N. O'Neill, Jr.*
                                                          THOMAS N. O'NEILL, JR., J.